IN RE VALUATION AND EQUALIZATION OF REAL PROPERTY IN THE STATE OF NEBRASKA FOR 1966.
NORTHWESTERN BELL TELEPHONE COMPANY, A CORPORATION, APPELLANT, V. STATE BOARD OF EQUALIZATION AND ASSESSMENT OF THE STATE OF NEBRASKA, APPELLEE.
FAIRMONT FOODS COMPANY, APPELLANT, V. STATE BOARD OF EQUALIZATION AND ASSESSMENT OF THE STATE OF NEBRASKA, APPELLEE.
150 N. W. 2d 899

Filed May 19, 1967. Nos. 36458, 36466.

Edward Sklenicka, William K. Schaphorst, and Ronald L. Sluyter, for appellant Northwestern Bell Tel. Co.

Abrahams, Kaslow & Cassman and Thomas Conis, for appellant Fairmont Foods Co.

Clarence A. H. Meyer, Attorney General, and Homer G. Hamilton, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ., and WHITE, District Judge.

SPENCER, J.

This is an appeal by Northwestern Bell Telephone Company, a corporation, and Fairmont Foods Company, a corporation, from an order of the State Board of Equalization and Assessment increasing the valuation in industrial and commercial property within incorporated municipalities in Douglas County 24 percent.

This appeal involves the same issue decided today in Brandeis Investment Co. v. State Board of Equalization & Assessment, *post* p. 750, 150 N. W. 2d 893, and is controlled by that opinion. For the reasons enunciated therein, the order of the State Board of Equalization and Assessment is reversed as to these appellants.

REVERSED.